**Petition for Writ of Mandamus Denied and Memorandum Opinion filed April 14, 2020.**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-20-00033-CV
_____

## IN RE MARIA CRISTINA NEWALL DE KALLOP, Relator

---

**ORIGINAL PROCEEDING**
**WRIT OF MANDAMUS**
**Probate Court No. 4**
**Harris County, Texas**
**Trial Court Cause No. 475,050**

---

## MEMORANDUM O P I N I O N

Relator Maria Cristina Newall de Kallop has filed a petition for writ of mandamus in this court. *See* Tex. Gov't Code Ann. § 22.221; *see also* Tex. R. App. P. 52. In the petition, relator asks this court to compel the Honorable James Horwitz, presiding judge of the Probate Court No. 4 of Harris County, to vacate his Order Granting Motion to Compel and Order Denying Motion to Quash and Motion for Protection, both signed on January 6, 2020.

Relator has failed to show she is entitled to mandamus relief. We therefore deny relator's petition for writ of mandamus.[1]

PER CURIAM

Panel consists of Chief Justice Frost and Justices Spain and Bourliot.

---

[1] On February 12, 2020, Mrs. Kallop filed a motion asking our court to strike and not consider the documents included as Tabs 2, 13, and 14 in the Appendix to Real Parties' response because these documents were not before the Probable Court when it made its rulings. We grant this motion and have not considered these documents in deciding relator's petition. *See In re Methodist Primary Care Grp.*, 553 S.W.3d 709, 720 n.2 (Tex. App.—Houston [14th Dist.] 2018, orig. proceeding).